In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Administrator, etc., of JOHN PRANGE, Deceased. META M. PRANGE; CENTRAL HANOVER BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ELISE ELAINE WEISBECKER v. CHARLES WEISBECKER. ELISE ELAINE WEISBECKER v. CHARLES WEISBECKER.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JOHN ROBERT VAUGHN, an Infant, by ELLEN VAUGHN, His Guardian ad Litem, and JOHN JOSEPH VAUGHN v. MOLLY STRAUSS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

CONLEW, INC., v. MINNIE GOLDBERG.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

EMPIRE TRUST COMPANY and LUIS JAMES PHELPS, as Trustees, etc., of HUGH OLIVER NORTHCOTE, Deceased, v. DUDLEY STAFFORD NORTHCOTE and BERNARD FRANCIS ROLLO, as Executors and Ancillary Executors and Trustees, etc., of HUGH STAFFORD NORTHCOTE, Deceased, and Others, Impleaded with MARY NORTHCOTE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BERTHA NOLTE, as Administratrix, etc., of GEORGE NOLTE, Deceased, v. GARAGE FERMOUR, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

H. A. METZ LABORATORIES, INC., v. JULIUS BLACKMAN and Others, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ARTHUR BRAWER and Others v. MENDELSON BROS. FACTORS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. KASCO MILLS, INC., and Another, Impleaded with CHARLES F. KIESER.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ. [See 237 App. Div. 880.]

ABRAHAM ZIES, an Infant, by DAVID ZIES, His Guardian ad Litem, v. NEW YORK LIFE INSURANCE COMPANY, Impleaded with SAMUEL ULLMAN.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.